435 A.2d 907

Commonwealth v. Martin, Appellant.

Submitted September 11, 1980. Roger C. Peterman, for appellant; Eric B. Henson, Assistant District Attorney, for appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.